| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Scott D. Lawrence, Tex. Bar No. 24087896<br>Wick Phillips Gould & Martin LLP<br>3131 McKinney Ave., Suite 500<br>Dallas, Texas 75204<br>Phone: (214) 692-6200<br><br>Fax: (214) 692-6255<br>Email: scott.lawrence@wickphillips.com<br><br>☒  *Attorney for*:  Montgomery Capital Partners V, LP | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 13 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** handy     **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*NORTHERN* DIVISION**

| In re:<br><br>OUTER AISLE GOURMET, LLC, a Delaware limited liability company,<br><br>                                            Debtor(s)<br><br><br><br>                                            Plaintiff(s)<br>vs.<br><br><br><br>                                            Defendant(s) | CASE NO.: 9:25-bk-10915-RC<br>CHAPTER: 11<br>ADVERSARY NO. (*if applicable*):<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  Scott D. Lawrence  may appear on behalf of the following party Montgomery Capital Partners V, LP  in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

                                                                        ###

Date: November 13, 2025

Ronald A. Clifford III
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                                F 2090-1.2.ORDER.NONRES.ATTY